46206.   TRAVELERS INSURANCE COMPANY v. COX.

PER CURIAM. The judgment in *Travelers Ins. Co. v. Cox,* 124 Ga. App. 337 (183 SE2d 610), having been reversed by the Supreme Court in 228 Ga. 498 (186 SE2d 748), the judgment of this court is vacated and under the mandate of the Supreme Court the judgment of the trial court is

*Affirmed. All Judges of the whole court concur. Evans, J., concurs specially.*

DECIDED FEBRUARY 23, 1972.

*Robert Edward Surles,* for appellant.
*F. H. Boney,* for appellee.

EVANS, Judge, concurring specially. Having dissented when this case was originally considered and decided in the Court of Appeals, I now whole-heartedly concur in the judgment of reversal by the Supreme Court of Georgia, and in substituting the mandate of that court for the judgment of the Court of Appeals.